```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

        - v. -                      :   INFORMATION

EDWARD GARCIA,                          07 Cr. 903


                Defendant.          :

- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

On or about May 15, 2007, in the Southern District of New York, EDWARD GARCIA, the defendant, then being an employee of JP Morgan Chase in White Plains, New York, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, unlawfully, willfully and knowingly did embezzle, abstract, purloin and misapply certain money, funds and credits of said bank, and moneys, funds and assets entrusted to the custody and care of said bank, to wit, approximately $50,000.

(Title 18, United States Code, Section 656.)


_____
MICHAEL J. GARCIA
United States Attorney