| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

v.

EDWARD GARCIA,

        Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 0903

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York


By:    /s/ Nicholas L. McQuaid
       Nicholas L. McQuaid
       Assistant United States Attorney
       (914) 993-1936
       Nicholas.McQuaid@usdoj.gov