DEC 20 2007

# BRICCETTI, CALHOUN & LAWRENCE, LLP
## ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

December 21, 2007

(914) 946-5900
FAX (914) 946-5906

**MEMO ENDORSED**

**BY FAX**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: United States v. Edward Garcia
07 Cr. 903 (KMK)

Dear Judge Karas:

I represent defendant Edward Garcia in the above-referenced case, which is scheduled for sentencing on January 4, 2008, at 10:00 a.m.

This letter is submitted to request a two-week adjournment of the sentencing date. I received the final presentence report today, and thus I am unable to comply with the Court's rule that the defendant's sentencing submission be served two weeks in advance of the current sentencing date of January 4. In addition, I am planning to be out of the office most of next week. I have spoken to AUSA Nick McQuaid who consents to this request.

Assuming the Court grants this request, I would appreciate it if Your Honor's courtroom deputy would call me with the new date and time for sentencing.

The Court's consideration of the foregoing is appreciated.

Respectfully submitted,

Vincent L. Briccetti

cc: AUSA Nick McQuaid (by fax)

*Sentence is adjourned until January 18, 2008 at 2:00 PM.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/27/07